*E-Filed 11/9/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL J. PATITO,<br><br>      Plaintiff,<br>  v.<br><br>COUNTRYWIDE BANK, FSB, et al.,<br><br>      Defendants.<br>_____/ | **No. C 09-04843 RS**<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

Defendants have filed a motion to dismiss and to strike (Dkt. No. 5) in the above-captioned matter.  This motion is noticed for hearing on December 16, 2009, at 9:30 a.m.  In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **November 20, 2009**.

Additionally, plaintiff is advised that her motion to remand this action to state court (Dkt. No. 7) cannot be heard or decided unless she notices it for hearing in compliance with Civil Local Rule 7.

IT IS SO ORDERED.

Dated: November 9, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

**James Goldberg , Esq**   james.goldberg@bryancave.com, derek.cundiff@bryancave.com, kedra.chan@bryancave.com

**Robert E. Boone , III**   reboone@bryancave.com, jmsmith@bryancave.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Cheryl J. Patito**
1369 Glacier Drive
San Jose, CA 95035

DATED:   11/9/09

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.