**CHERYL PATITO**
1427 Little Orchard Street
San Jose, CA 95110
Phone: 408-592-5965
*Attorney for Plaintiff in Pro Per*




# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL PATITO, an individual )<br><br>Plaintiff )<br>V. )<br>)<br>COUNTRYWIDE BANK, FSB; )<br>RECONTRUST COMPANY, N.A.; )<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC.; and )<br>DOES 1-250, inclusive )<br>)<br>Defendants. )<br>_____ ) | Case No.: 5:09-CV-04843-RS<br><br>**ORDER ON**<br>**REQUEST FOR APPROVAL OF MOTION FOR**<br>**APPOINTMENT OF NEW COUNSEL** |

The Court hereby orders that the request of Plaintiff CHERYL PATITO, to substitute GEORGE HOLLAND, JR., who is retained counsel, 1970 East Broadway Suite 1030, Oakland, California 94612

Telephone Number: 510-465-4100        EMAIL Address: HLFIRM@GMAIL.COM

FAX Number:        510-465-4747        State Bar Number 216735

as attorney of record in place and stead of CHERYL PATITO, Attorney in Pro Per

is hereby    ☒ **GRANTED**        ☐ **DENIED**

Dated: 2-22-2010                                        _____
                                                        U.S. District Judge/U.S Magistrate Judge

- 1 -
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY