**CHERYL PATITO**
1427 Little Orchard Street
San Jose, CA 95110
Phone: 408-592-5965
*Attorney for Plaintiff in Pro Per*

RECEIVED
FEB 11 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL PATITO, an individual<br><br>Plaintiff<br>V.<br><br>COUNTRYWIDE BANK, FSB;<br>RECONTRUST COMPANY, N.A.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOES 1-250, inclusive<br><br>Defendants. | Case No.: 5:09-CV-04843-RS<br><br>**ORDER ON**<br>**REQUEST FOR APPROVAL OF MOTION FOR**<br>**APPOINTMENT OF NEW COUNSEL** |

The Court hereby orders that the request of Plaintiff CHERYL PATITO, to substitute GEORGE HOLLAND, JR., who is retained counsel, 1970 East Broadway Suite 1030, Oakland, California 94612

Telephone Number: 510-465-4100          EMAIL Address: HLFIRM@GMAIL.COM

FAX Number:     510-465-4747          State Bar Number 216735

as attorney of record in place and stead of CHERYL PATITO, Attorney in Pro Per

is hereby  ☒ **GRANTED**     ☐ **DENIED**

Dated: 2-22-2010

_____
U.S. District Judge/U.S Magistrate Judge

- 1 -
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY